UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| ADOLPHUS DIXON, | |
|---|---|
| Movant, | CRIMINAL ACTION NO. 1:08-CR-419-1 |
| v. | |
| UNITED STATES OF AMERICA, | CIVIL ACTION NO. 1:11-CV-4560-CAP |
| Respondent. | |

O R D E R

After carefully considering the report and recommendation of the magistrate judge, the court receives it with approval and adopts it as the opinion and order of this court.

SO ORDERED, this 9th day of August, 2012.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge